IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| M. RANDY RICE, TRUSTEE FOR JODY L. CLARK,<br><br>Plaintiff,<br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant/Third Party Plaintiff,<br>vs.<br><br><br>GUNDERSON RAIL SERVICES, LLC, D/B/A GREENBRIER RAIL SERVICES PINE BLUFF D/B/A GUNDERSON WHEEL SERVICES AND D/B/A GUNDERSON, INC.<br><br>Third Party Defendant. | No. 4:12-cv-00108-SWW |

## ORDER

The motion [doc.#40] of Union Pacific Railroad Company to quash deposition of David Lydick and for protective order prohibiting the deposition is denied for the reasons stated during the telephone conference held on this motion on the afternoon of April 2, 2012.

The deadline for filing motions for summary judgment, motions to dismiss, and motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993) is hereby extended to and including April 20, 2012.

IT IS SO ORDERED this 2nd day of April 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE