IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| M. RANDY RICE, TRUSTEE FOR JODY L. CLARK, | * * * | |
| Plaintiff, | * * | |
| vs. | * * * * | No. 4:12-cv-00108-SWW |
| UNION PACIFIC RAILROAD COMPANY, | * * | |
| Defendant/Third Party Plaintiff, | * * | |
| vs. | * * * * | |
| GUNDERSON RAIL SERVICES, LLC, D/B/A GREENBRIER RAIL SERVICES PINE BLUFF D/B/A GUNDERSON WHEEL SERVICES AND D/B/A GUNDERSON, INC. | * * * * * * | |
| Third Party Defendant. | * | |

## ORDER

Upon being informed that all parties are in agreement, the time for the parties to respond to the various motions currently pending before the Court is hereby extended to and including May 9, 2012.

IT IS SO ORDERED this 24th day of April 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE