IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| M. RANDY RICE, TRUSTEE FOR JODY L. CLARK, | * * * | |
| Plaintiff, | * * | |
| vs. | * * * * | No. 4:12-cv-00108-SWW |
| UNION PACIFIC RAILROAD COMPANY, | * * | |
| Defendant/Third Party Plaintiff, | * * | |
| vs. | * * * * | |
| GUNDERSON RAIL SERVICES, LLC, D/B/A GREENBRIER RAIL SERVICES PINE BLUFF D/B/A GUNDERSON WHEEL SERVICES AND D/B/A GUNDERSON, INC. | * * * * * * | |
| Third Party Defendant. | * | |

## ORDER

Upon being informed that all parties are in agreement, the time for the parties to provide their Pretrial Disclosure Sheets and deposition designations is hereby extended to and including May 9, 2012.

IT IS SO ORDERED this 30th day of April 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE