IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| M. RANDY RICE, TRUSTEE FOR JODY L. CLARK, | * * * |
| Plaintiff, | * * |
| vs. | *   No. 4:12-cv-00108-SWW |
| | * * * |
| UNION PACIFIC RAILROAD COMPANY, | * * |
| Defendant/Third Party Plaintiff, | * * |
| vs. | * * * * |
| GUNDERSON RAIL SERVICES, LLC, D/B/A GREENBRIER RAIL SERVICES PINE BLUFF D/B/A GUNDERSON WHEEL SERVICES AND D/B/A GUNDERSON, INC. | * * * * * * |
| Third Party Defendant. | * |

## ORDER

The motion [doc.#72] of Gunderson Rail Services, LLC, d/b/a Greenbrier Rail Services Pine Bluff d/b/a Gunderson Wheel Services and d/b/a Gunderson, Inc. to admit Melisa T. Thompson *pro hac vice* for the purpose of appearing on its behalf in this action is hereby granted.

IT IS SO ORDERED this 30th day of April 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE